AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| CARLOS RAMIREZ <br><br> *Plaintiff(s)* <br><br> v. <br><br> HOLDING STRONG FOOD CORP. d/b/a FRANKLIN PIZZA and DENNIS CAMACHO and YVETTE MORA, individually <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-03888 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Yvette Mora
109 Franklin St
Brooklyn, NY 11222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> The Law Offices of Jacob Aronauer
> 250 Broadway, Suite 600
> New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 07/14/2025

*Cynthia Valera*
*Signature of Clerk or Deputy Clerk*